United States Court of Appeals

For the Eighth Circuit

_____

No. 20-3403
_____

United States of America,

*Plaintiff - Appellee*,

v.

Ronald Like,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: June 2, 2021
Filed: June 14, 2021
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Ronald Like appeals the sentence the district court[1] imposed after he pleaded guilty to a firearms offense.  His counsel has moved for leave to withdraw, and has

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court erred in not crediting Like for time he served in a county jail before sentencing.

We conclude that the district court was not authorized under 18 U.S.C. § 3585(b) to compute sentencing credit at the sentencing hearing. *See United States v. Wilson*, 503 U.S. 329, 333 (1992). To the extent Like argues that the sentence is unreasonable, we conclude that the district court did not abuse its discretion by imposing a sentence of 70 months' imprisonment, which was within the advisory guideline range. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. St. Claire*, 831 F.3d 1039, 1043 (8th Cir. 2016).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we have identified no nonfrivolous issues for appeal. We grant counsel leave to withdraw, and affirm.

_____